

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00042-CR

**IN RE** Karl **KEENE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: January 29, 2025

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On January 16, 2025, Karl Keene filed a pro se petition for a writ of habeas corpus asking this court to order him released from pretrial confinement in two pending criminal matters. This court's original habeas corpus is limited to cases in which a person's liberty is restrained because he violated an order, judgment, or decree in a civil case. *See* TEX. GOV'T CODE § 22.221(d) (granting courts of appeals limited jurisdiction to issue writs of habeas corpus in civil cases). "The courts of appeals have no original habeas corpus jurisdiction in criminal matters; their jurisdiction is appellate only." *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.). The only courts authorized to issue writs of habeas corpus in criminal matters are the Texas Court of Criminal Appeals, district courts, and county courts. TEX. CODE CRIM. PROC.

---

[1]This original proceeding arises out of Cause Nos. 2024CC738329 and 2024CC738981, styled *The State of Texas v. Karl Keene*, pending in the County Court at Law No. 11, Bexar County, Texas.

art. 11.05 ("The court of criminal appeals, the district courts, the county courts, or any judge of those courts may issue the writ of habeas corpus."). Accordingly, Keene's petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH